UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIAM CONEY,<br><br>    Plaintiff,<br><br>  v.<br><br>LVMPD MICHAEL LOZO, *et al.*,<br><br>    Defendants. | Case No. 2:24-cv-00685-GMN-EJY<br><br>**REPORT AND RECOMMENDATION** |

This action commenced when Plaintiff, proceeding *pro se*, submitted a Civil Rights Complaint on April 1, 2024, but did not file an application to proceed *in forma pauperis* ("IFP") or pay the required filing fee for a civil action. ECF No. 1-1. The Court issued an Order on April 9, 2024, providing Plaintiff through and including June 10, 2024 to file an IFP or pay the filing fee. ECF No. 3. The Court ordered the Clerk of Court to send Plaintiff the IFP application for inmates along with the information and instructions for filing the same. *Id.* The Court explained that if Plaintiff failed to comply with the Order it would recommend dismissal of this action without prejudice. *Id.* at 2. As of the date of this Recommendation, Plaintiff has not complied with the Court's Order.

Accordingly, IT IS HEREBY RECOMMENDED that this matter be dismissed without prejudice for failure to comply with the Court's Order.

Dated this 13th day of June, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1

**NOTICE**

Under Local Rule IB 3-2, any objection to this Finding and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).