UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM CONEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LVMPD MICHAEL LOZO, et al.,<br><br>　　　　Defendants. | Case No. 2:24-cv-00685-GMN-EJY<br><br>**ORDER** |

On April 1, 2024, Plaintiff initiated this action without paying the filing fee or submitting an application to proceed *in forma pauperis*. ECF No. 1. On April 9, 2024, the Court issued a Screening Order requiring Plaintiff to, no later than June 10, 2024, "either pay the $405 filing fee for a civil action or file: (1) a complete Application to Proceed in Forma Pauperis for Inmate on the Court's approved form; (2) a Financial Certificate properly signed by both the inmate and a prison or jail official; and (3) a copy of the inmate's prison or jail trust fund account statement for the previous six-month period." ECF No. 3. On June 13, 2024, the Court issued a Report and Recommendation recommending this matter be dismissed without prejudice based on Plaintiff's failure to comply with the Court's Order. ECF No. 4. That Report and Recommendation remains pending.

Plaintiff appears to no longer be at the address he originally provided to the Court. It further appears that Plaintiff **did** receive the Court's April 9, 2024 Screening Order, which was not returned as undeliverable. Plaintiff filed no objection to that Order. However, apparently Plaintiff **did not** receive the Court's June 13, 2024 Report and Recommendation, which was returned undeliverable.

Accordingly, IT IS HEREBY ORDERED that, in accordance with LR IA 3-1, Plaintiff **must** update his address no later than **July 23, 2024**. Plaintiff also has through and including **July 31, 2024** to object to the Court's June 13, 2024 Report and Recommendation to dismiss this matter without prejudice.

1   IT IS FURTHER ORDERED that Plaintiff's failure to comply with the terms of this Order will result in a second Report and Recommendation to dismiss this action.

Dated this 2nd day of July, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE