UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM CONEY, | Case No. 2:24-cv-00685-GMN-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| LVMPD MICHAEL LOZO, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's incomplete application to proceed *in forma pauperis* ("IFP") filed on September 26, 2024. ECF No. 12. This is the first communication from this Plaintiff since he commenced this action on April 1, 2024. ECF No. 1.

On April 9, 2024, the Court ordered Plaintiff to file a *complete* IFP application with the Court or pay the $405 filing fee required to commence a civil action. ECF No. 3. The Court gave Plaintiff till June 10, 2024 to do one or the other. *Id*. The Court's April 9, 2024 Order was **not** returned undeliverable. However, the Court's subsequent Orders and Reports and Recommendations were returned as undeliverable. ECF Nos. 5, 7, 9.

Given the above, IT IS HEREBY ORDERED that Plaintiff is provided **one, and only one**, additional opportunity to file a complete IFP application. This means Plaintiff **must** file all three required documents including: (1) a completed **Application to Proceed *in forma pauperis* for Inmate**, on this Court's approved form (*i.e.* pages 1 through 3 with the inmate's two signatures on page 3), (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. Plaintiff **must** do so no later than **October 31, 2024**. Failure to comply with this Order will result in a recommendation to dismiss this action with prejudice.

IT IS FURTHER ORDERED that Plaintiff's current incomplete *in forma pauperis* application (ECF No. 12) is DENIED without prejudice.

IT IS FURTHER ORDERED that the Clerk of Court **must** send Plaintiff the approved application to proceed *in forma pauperis* for inmates together with the instructions for completing the same.

IT IS FURTHER ORDERED that the Court's prior Reports and Recommendations to dismiss this action at ECF Nos. 4 and 8 are VACATED.

Dated this 27th day of September, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE