UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

WILLIAM CONEY,

       Plaintiff,

  v.

LVMPD MICHAEL LOZO, et al.

       Defendants.

Case No. 2:24-cv-00685-GMN-EJY

**ORDER**

A review of the docket in this matter shows mail sent to Plaintiff was recently returned by Southern Desert Correctional Center ("SDCC") as undeliverable. ECF Nos. 33, 34, 35. An SDCC employee wrote on the attempted service that mail is "undeliverable – offender discharge 10/10/2025 – no return address." *Id.* A review of the Nevada Department of Corrections inmate database also shows Plaintiff is no longer incarcerated. Plaintiff has not filed an updated address with the Court as required by U.S. District Court for the District of Nevada Local Rule IA 3-1. This rule states *pro se* parties must "immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." *Id.* Failure of a *pro se* party to update his or her address "may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." *Id.*

Accordingly, IT IS HEREBY ORDERED that Plaintiff must update his address with the Court no later than **May 11, 2026**.

IT IS FURTHER ORDERED that failure to comply with this Order may result in a recommendation to dismiss this action without prejudice.

Dated this 10th day of April, 2026.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1