**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

WILLIAM CONEY,

                Plaintiff,

    vs.

LVMPD MICHAEL LOZO, *et al.*,

            Defendants.

Case No.: 2:24-cv-00685-GMN-EJY

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pending before the Court is the Report and Recommendation ("R&R"), (ECF No. 38), of United States Magistrate Elayna J. Youchah, which recommends dismissing the case because Plaintiff failed to comply with Judge Youchah's Order requiring Plaintiff to update his address in accordance with Local Rule IA 3-1.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made if the Magistrate Judge's findings and recommendations concern matters that may not be finally determined by a magistrate judge. D. Nev. R. IB 3-2(b). The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed. (*See* R&R, ECF

No. 38) (setting an May 26, 2026, deadline for objections).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 38), is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that the above-mentioned case is **DISMISSED** without prejudice.

Dated this __23__ day of June, 2026.

_____

Gloria M. Navarro, District Judge
United States District Court